UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BECKY L. REY, a married woman,<br><br>             Plaintiff,<br><br>       v.<br><br>JOHN ST. PIERRE, a married man; RICKY ALLEN JOSEPH, a married man; KEN SALAZAR, Secretary of The United States Department of Interior; LARRY ECHO HAWK, Assistant Secretary-Indian Affairs; THE UNITED STATES DEPARTMENT OF INTERIOR, BUREAU OF INDIAN AFFAIRS; and THE UNITED STATES OF AMERICA,<br><br>             Defendant. | NO. CV-10-0225-EFS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On April 14, 2011, the Court ordered Plaintiff Becky L. Rey to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 2.)  Plaintiff's counsel Paul Burns advised that Plaintiff requests the Court dismiss the Complaint without prejudice to allow her an opportunity to decide whether she wants to pursue a Fourteenth Amendment due-process claim in federal court following an Equal Employment Opportunity Commission decision that was resolved in her favor.  (ECF No. 3.)  Receiving no contrary information from Plaintiff, who received a copy of the show-cause Order, **IT IS HEREBY ORDERED**:

ORDER ~ 1

1.   The Order to Show Cause **(ECF No. 2)** is **SATISFIED**.

2.   The Complaint is **DISMISSED** without prejudice.

3.   This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   3rd    day of May 2011.


                     s/ Edward F. Shea
                      EDWARD F. SHEA
                 United States District Judge

Q:\Civil\2010\0225.dismiss.discharge.osc.frm

ORDER ~ 2